UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br>  Plaintiff, <br><br> v. <br><br> RUSSELL A ROBINSON, et al., <br><br>  Defendants. | Case No. 23-cv-06135-AMO <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** <br><br> Re: Dkt. No. 8 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 23-cv-3090-JSC.

**IT IS SO ORDERED.**

Dated: December 19, 2023

_____
**Araceli Martínez-Olguín**
**United States District Judge**