UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK NA,<br><br>          Plaintiff,<br><br>   v.<br><br>EQUAAN D SMITH, et al.,<br><br>          Defendants. | Case No. 24-cv-03344-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to Wells Fargo Bank, N.A. v. Smith, et al., Case No. 23-cv-3090.

**IT IS SO ORDERED.**

Dated: July 18, 2024

_____
RITA F. LIN
United States District Judge